# MEMORANDUM DECISIONS.

ADAMS, Appellant,·v. BOARD OF SUP'RS OF MONROE COUNTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) In the matter of the application of Delbert A. Adams against the board of supervisors of Monroe county. No opinion. Order reversed, and the taxation of costs by the clerk affirmed, with $10 costs and disbursements. See 46 N. Y. Supp. 48.

ALLEN et al., Respondents, v. WHITE, Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1897.) Action by Seth Allen and another against Jehiel B. White. No opinion. Judgment affirmed, with costs.

AMERICAN EXCH. NAT. BANK, Appellant, v. CASINO CO., Respondent. (Supreme Court, Appellate Division, First Department. December 10, 1897.) Action by the American Exchange National Bank against the Casino Company. F. Bien, for appellant. D. J. Quincy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 41 N. Y. Supp. 1105.

ANDERSON, Respondent, v. UNITED STATES PROJECTILE CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 28, 1897.) Action by Frank Anderson against the United States Projectile Company. No opinion. Judgment and order unanimously affirmed, with costs.

ANGEL, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Benjamin F. Angel against Alexander S. Clark and others. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for modification of the order denied. See 47 N. Y. Supp. 731.

In re ARKENBURGH'S ESTATE. ARKENBURGH, Appellant, v. ARKENBURGH, Respondent. (Supreme Court, Appellate Division, Second Department. December 21, 1897.) In the matter of the estate of Robert A. Arkenburgh, deceased. Action by Eliza J. Arkenburgh against Oliver M. Arkenburgh. No opinion. Order of surrogate affirmed, without costs. See 43 N. Y. Supp. 1150.

BANNON, Respondent, v. BANNON, Appellant. (Supreme Court, Appellate Division, Second Department. May 21, 1897.) Action by Mary Bannon against Patrick Bannon, administrator, etc. No opinion. Judgment and order affirmed, with costs.

BARKER et al., Appellants, v. WIESSNER, Respondent. (Supreme Court, Appellate Division, Second Department. November 30, 1897.) Action by Robert D. Barker and Frederick Bend against Oscar E. A. Wiessner. No opinion. Judgment affirmed, with costs.

BARR, Appellant, v. STRINGER et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 16, 1897.) Action by Maria Barr, as executrix, etc., against Mary J. Stringer, and others. No opinion. Judgment affirmed, with costs to both parties, to be paid out of the estate. See 46 N. Y. Supp. 342.

BECK, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 14, 1897.) Action by Annie A. Beck, an infant, by Charles F. Beck, her guardian ad litem, against the Nassau Electric Railroad Company. No opinion. Order denying motion for new trial unanimously affirmed, with costs.

B. FISCHER CO., Respondent, v. GREENE, Defendant (ROBINSON, Appellant). (Supreme Court, Appellate Division, Third Department. September Term, 1897.) Action by the B. Fischer Company against Fred C. Greene and John H. Robinson. No opinion. Order reversed, with $10 costs and disbursements, and motion to set aside judgment granted, with $10 costs.

BIEN, Appellant, v. CASPERFELD, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Franklin Bien against Henry A. Casperfeld. F. Bien, for appellant. D. Leventritt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BINGHAMTON TRUST CO., Respondent, v. JUMP et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 16, 1897.) Action by the Binghamton Trust Company against Reuben B. Jump and others. No opinion. Judgment affirmed, with costs.

BIOT, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 28, 1897.) Action by Julia Ann Biot, as executrix, etc., of Joseph Biot, deceased, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.